| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Konstadino Vrahnos<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0912 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Dawn Vrahnos<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4815 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    7/9/18 |
| Case number: | 18–23721–MBK | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                               12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Konstadino Vrahnos | Dawn Vrahnos |
| 2. | **All other names used in the last 8 years** | | aka Dawn Zielinski |
| 3. | **Address** | 533 Elwood Street<br>Forked River, NJ 08731 | 533 Elwood Street<br>Forked River, NJ 08731 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609–858–9333<br>Date: 7/10/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **August 9, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/9/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/17/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent to you separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 18-23721-MBK
Konstadino Vrahnos                                             Chapter 13
Dawn Vrahnos
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: Jul 10, 2018
                              Form ID: 309I            Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2018.
db/jdb         +Konstadino Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323
517634965       ACS Support,    PO Box 7051,    Utica, NY 13504-7051
517634969       Atlanticare Physician Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517634970       BCA Financial Services, Inc.,     18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517634975       Cba,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634978       College Loan Corporation,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634991       Conduent/Nelnet Education,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
517634994     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101-7707)
517634995       Ds Services of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634996       Ecmc/American Studen A,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634997       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
517634998       FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517635000      +Forked River Family Dental,    933 West Lacey Road,    Forked River, NJ 08731-1049
517635003      +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
517635004       Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517635007       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517635021       MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517635015       Mandees,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
517635020       Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517635031     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     PO Box 283 Division Of Taxation,
                 Trenton, NJ 08695-0283)
517635029       Sharkinja Operating, LLC,    PO Box 2438,    Largo, FL 33779-2438
517635030       Snyder Eye Group,    1 Leifried Ln # 9,    Tuckerton, NJ 08087-2000
517635041      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517635040      +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                 Fords, NJ 08863-1985
517635043       U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bkclient@straffilaw.com Jul 10 2018 21:40:53      Daniel E. Straffi,
                 Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ 08755
tr              E-mail/Text: bnc@russotrustee.com Jul 10 2018 21:41:00      Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ 08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 10 2018 21:40:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 10 2018 21:40:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517634967       E-mail/Text: amscbankruptcy@adt.com Jul 10 2018 21:40:59      ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
517634966       E-mail/Text: bknotices@conduent.com Jul 10 2018 21:41:00      Acs/nelnet,    501 Bleecker St,
                 Utica, NY 13501-2401
517634968       EDI: PHINAMERI.COM Jul 11 2018 01:38:00      Americredit/Gm Financial,    Attn: Bankruptcy,
                 PO Box 183853,    Arlington, TX 76096-3853
517634971       EDI: CAPITALONE.COM Jul 11 2018 01:38:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
517634972       EDI: CAPITALONE.COM Jul 11 2018 01:38:00      Capital One,    Attn: Bankruptcy,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517634973       EDI: CAPONEAUTO.COM Jul 11 2018 01:38:00      Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
517634974       EDI: CAPONEAUTO.COM Jul 11 2018 01:38:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517634976       EDI: CHASE.COM Jul 11 2018 01:38:00      Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
517634977       EDI: CHASE.COM Jul 11 2018 01:38:00      Chase Card Services,    Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
517634979      +EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bank/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
517634980       EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
517634981       EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bank/Express,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
517634982       EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bank/Fashbug,    PO Box 182789,
                 Columbus, OH 43218-2789
517634983       EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bank/Mandees,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
517634984      +EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bank/Overstock,    Po Box 182789,
                 Columbus, OH 43218-2789
```

```
District/off: 0312-3          User: admin               Page 2 of 3                  Date Rcvd: Jul 10, 2018
                              Form ID: 309I             Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517634985      EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity Bkl/Ulta,    Attn: Bankruptcy Dept,
                PO Box 182125,    Columbus, OH 43218-2125
517634986      EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenity/Fashion Bug,    Attn: Bankrutpcy Dept,
                PO Box 18215,    Columbus, OH 43218
517634987      EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenitybank/New York,    Attn: Bankruptcy Dept,
                PO Box 182125,    Columbus, OH 43218-2125
517634988      EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenitybank/Ny&Co,    PO Box 182789,
                Columbus, OH 43218-2789
517634989      EDI: WFNNB.COM Jul 11 2018 01:38:00      Comenitycb/ulta,    PO Box 182120,
                Columbus, OH 43218-2120
517634990      E-mail/Text: ebn@barnabashealth.org Jul 10 2018 21:40:57     Community Medical Center,
                PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ 07757-0903
517634992      EDI: RCSFNBMARIN.COM Jul 11 2018 01:38:00      Credit One Bank N.A.,    ATTN: Bankruptcy,
                PO Box 98873,    Las Vegas, NV 89193-8873
517634993      E-mail/Text: bankruptcy.bnc@ditech.com Jul 10 2018 21:40:54     Ditech,    Attn: Bankruptcy,
                PO Box 6172,    Rapid City, SD 57709-6172
517634999      EDI: BLUESTEM Jul 11 2018 01:38:00      Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
517635001      E-mail/Text: info@fullcirclecollectionsllc.com Jul 10 2018 21:40:59
                Full Circle Financial Services,    PO Box 2438,    Largo, FL 33779-2438
517635002      EDI: PHINAMERI.COM Jul 11 2018 01:38:00      Gm Financial,    PO Box 181145,
                Arlington, TX 76096-1145
517635005     +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jul 10 2018 21:40:58
                Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
517635006      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jul 10 2018 21:41:01
                Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517635008      EDI: CBSKOHLS.COM Jul 11 2018 01:38:00      Kohls/Capital One,    Kohls Credit,    PO Box 3120,
                Milwaukee, WI 53201-3120
517635009     +EDI: CBSKOHLS.COM Jul 11 2018 01:38:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                Menomonee Falls, WI 53051-7096
517635010      EDI: RESURGENT.COM Jul 11 2018 01:38:00      Lvnv Funding LLC,    PO Box 1269,
                Greenville, SC 29602-1269
517635012      E-mail/Text: camanagement@mtb.com Jul 10 2018 21:40:54     M & T Bank,    Attn: Bankruptcy,
                PO Box 844,    Buffalo, NY 14240-0844
517635011      E-mail/Text: camanagement@mtb.com Jul 10 2018 21:40:54     M & T Bank,    PO Box 7678,
                Buffalo, NY 14240
517635013      E-mail/Text: camanagement@mtb.com Jul 10 2018 21:40:54     M&T Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY 14203-1420
517635014      E-mail/Text: camanagement@mtb.com Jul 10 2018 21:40:54     M&T Credit Services,
                Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY 14221-7748
517635016      EDI: MERRICKBANK.COM Jul 11 2018 01:38:00      Merrick Bank Corp,    PO Box 9201,
                Old Bethpage, NY 11804-9001
517635017      EDI: MERRICKBANK.COM Jul 11 2018 01:38:00      Merrick Bank/Cardworks,    Attn: Bankruptcy,
                PO Box 9201,    Old Bethpage, NY 11804-9001
517635018      EDI: MID8.COM Jul 11 2018 01:38:00      Midland Funding,    2365 Northside Dr Ste 30,
                San Diego, CA 92108-2709
517635019     +EDI: MID8.COM Jul 11 2018 01:38:00      Midland Funding, LLC,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
517635022      EDI: NESF.COM Jul 11 2018 01:38:00      National Enterprise Systems,    29125 Solon Road,
                Solon, OH 44139-3442
517635023      Fax: 407-737-5634 Jul 10 2018 21:57:28      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
517635024      EDI: AGFINANCE.COM Jul 11 2018 01:38:00      Onemain,    PO Box 1010,
                Evansville, IN 47706-1010
517635026      EDI: AGFINANCE.COM Jul 11 2018 01:38:00      Onemain Financial,    6801 Colwell Blvd,
                Irving, TX 75039-3198
517635027      EDI: AGFINANCE.COM Jul 11 2018 01:38:00      Onemain Financial,    Attn: Bankruptcy,
                601 NW 2nd St,    Evansville, IN 47708-1013
517635028      EDI: AGFINANCE.COM Jul 11 2018 01:38:00      Onemain Financial,    Attn: Bankruptcy,
                PO Box 3251,    Evansville, IN 47731-3251
517635025      EDI: AGFINANCE.COM Jul 11 2018 01:38:00      Onemain Financial,    PO Box 9001122,
                Louisville, KY 40290-1122
517635033      EDI: RMSC.COM Jul 11 2018 01:38:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL 32896-5060
517635035      EDI: RMSC.COM Jul 11 2018 01:38:00      Syncb/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
517635032      EDI: RMSC.COM Jul 11 2018 01:38:00      Syncb/lord & Tay,    PO Box 965015,
                Orlando, FL 32896-5015
517635034      EDI: RMSC.COM Jul 11 2018 01:38:00      Syncb/paypal Smart Con,    PO Box 965005,
                Orlando, FL 32896-5005
517635036      EDI: RMSC.COM Jul 11 2018 01:38:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL 32896-5060
517635037      EDI: RMSC.COM Jul 11 2018 01:38:00      Synchrony Bank/Paypal Cr,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL 32896-5060
517635038      EDI: RMSC.COM Jul 11 2018 01:38:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL 32896-5060
517635039      EDI: WTRRNBANK.COM Jul 11 2018 01:38:00      Td Bank USA/Targetcred,    PO Box 673,
                Minneapolis, MN 55440-0673
```

```
District/off: 0312-3          User: admin              Page 3 of 3                  Date Rcvd: Jul 10, 2018
                              Form ID: 309I            Total Noticed: 88

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517635042         +E-mail/Text: bankruptcydepartment@tsico.com Jul 10 2018 21:40:59      Transworld Systems, Inc.,
                   507 Prudential Road,    Horsham, PA 19044-2308
517635044          EDI: ECMC.COM Jul 11 2018 01:38:00      U.S. Department of Education,    ECMC/Bankruptcy,
                   PO Box 16408,    Saint Paul, MN 55116-0408
517635045          EDI: BLUESTEM Jul 11 2018 01:38:00      Webbank/fingerhut,   6250 Ridgewood Rd,
                   Saint Cloud, MN 56303-0820
517635047          EDI: WFFC.COM Jul 11 2018 01:38:00      Wellsfargo,   Attn: Bankruptcy,    PO Box 9210,
                   Des Moines, IA 50306-9210
517635046          EDI: WFFC.COM Jul 11 2018 01:38:00      Wellsfargo,   800 Walnut St,
                   Des Moines, IA 50309-3605
                                                                                              TOTAL: 63

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```