Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                  Case No.: 18−23721−MBK
                  Chapter: 13
                  Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Konstadina Vrahnos                             Dawn Vrahnos
    aka Dean Vrahnos                              aka Dawn Zielinski
    533 Elwood Street                               533 Elwood Street
    Forked River, NJ 08731                    Forked River, NJ 08731

Social Security No.:
   xxx−xx−0912                                     xxx−xx−4815

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 21, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 17 − 15
Order Granting Notice of Request for Loss Mitigation(Related Doc # 15). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/21/2018. (wir)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 21, 2018
JAN: wir

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Konstadina Vrahnos  
Dawn Vrahnos  
    Debtors

Case No. 18-23721-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 21, 2018  
                        Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2018.  
db/jdb      +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2018                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2018 at the address(es) listed below:  
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Albert    Russo    docs@russotrustee.com  
        Daniel E. Straffi    on behalf of Joint Debtor Dawn   Vrahnos bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Daniel E. Straffi     on behalf of Debtor Konstadina   Vrahnos bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
        Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                              TOTAL: 6