UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Heather Lynn Anderson (15962003)
Deputy Attorney General
Richard J. Hughes Justice Complex
25 W. Market Street
P.O. Box 106
Trenton, New Jersey 08625

**Order Filed on July 9, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re:<br><br>KONSTADINO AND DAWN VRAHNOS,<br><br>      Debtors. | Case No.: 18-23721 (MBK)<br><br>Chapter 13<br><br>Judge: Kaplan, U.S.B.J. |

CONSENT ORDER REGARDING CLAIM OF NEW JERSEY DIVISION OF TAXATION

      The relief set forth on the following pages, numbered
      two (2) through three (3) is hereby **ORDERED**.

**DATED: July 9, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: Vrahnos
Case No.: 18-23721
Caption of Order: CONSENT ORDER

This matter having been presented to the Court by Debtors Konstadino and Dawn Vrahnos ("Debtors"), by and through his counsel Daniel Straffi, Esq., and the State of New Jersey, Division if Taxation ("N.J. Division") through its attorney, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

(1)   IT IS HEREBY ORDERED THAT the Debtors' Chapter 13 Plan is hereby amended to provide for payment in full the N.J. Division's Priority Proof of Claim, Claim No. 22-1, filed on April 10, 2019, in the amount of $509.24; and

(2)   IT IS FURTHER ORDERED THAT the Chapter 13 Trustee is hereby authorized to pay the N.J. Division's Priority Claim through the instant bankruptcy.

CONSENTED AS TO FORM AND ENTRY:

STTRAFFI & STRAFFI, LLC

Attorneys for the Debtors

_____
Daniel Straffi, Esq.

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for N.J. Division

_____
Heather Lynn Anderson
Deputy Attorney General