| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Heather Lynn Anderson (15962003)<br>Deputy Attorney General<br>Richard J. Hughes Justice Complex<br>25 W. Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625 | Order Filed on July 9, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KONSTADINO AND DAWN VRAHNOS,<br><br>    Debtors. | Case No.: 18-23721 (MBK)<br><br>Chapter 13<br><br>Judge: Kaplan, U.S.B.J. |

CONSENT ORDER REGARDING CLAIM OF NEW JERSEY DIVISION OF TAXATION

    The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: July 9, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Page 2
Debtor: Vrahnos
Case No.: 18-23721
Caption of Order: CONSENT ORDER

This matter having been presented to the Court by Debtors Konstadino and Dawn Vrahnos ("Debtors"), by and through his counsel Daniel Straffi, Esq., and the State of New Jersey, Division if Taxation ("N.J. Division") through its attorney, Gurbir S. Grewal, Attorney General of New Jersey (Heather Lynn Anderson, Deputy Attorney General, appearing), and good and sufficient cause appearing for the entry of the within Order;

(1) IT IS HEREBY ORDERED THAT the Debtors' Chapter 13 Plan is hereby amended to provide for payment in full the N.J. Division's Priority Proof of Claim, Claim No. 22-1, filed on April 10, 2019, in the amount of $509.24; and

(2) IT IS FURTHER ORDERED THAT the Chapter 13 Trustee is hereby authorized to pay the N.J. Division's Priority Claim through the instant bankruptcy.

CONSENTED AS TO FORM AND ENTRY:

STTRAFFI & STRAFFI, LLC

Attorneys for the Debtors

_____
Daniel Straffi, Esq.

GURBIR S. GREWAL
Attorney General of New Jersey
Attorney for N.J. Division

_____
Heather Lynn Anderson
Deputy Attorney General

United States Bankruptcy Court
District of New Jersey

In re:  
Konstadina Vrahnos  
Dawn Vrahnos  
    Debtors

Case No. 18-23721-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 09, 2019  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.
db/jdb         +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
- Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
- Albert Russo    docs@russotrustee.com
- Daniel E. Straffi    on behalf of Debtor Konstadina Vrahnos bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
- Daniel E. Straffi    on behalf of Joint Debtor Dawn Vrahnos bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
- Denise E. Carlon    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
- Heather Lynn Anderson    on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us
- Rebecca Ann Solarz    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                        TOTAL: 8