Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23721–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Konstadina Vrahnos
aka Dean Vrahnos
533 Elwood Street
Forked River, NJ 08731

Dawn Vrahnos
aka Dawn Zielinski
533 Elwood Street
Forked River, NJ 08731

Social Security No.:
xxx–xx–0912                                   xxx–xx–4815

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 26, 2018.

On November 26, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            January 8, 2020
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 27, 2019
JAN: llb

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                         Case No. 18-23721-MBK
Konstadina Vrahnos                                             Chapter 13
Dawn Vrahnos
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 4                  Date Rcvd: Nov 27, 2019
                              Form ID: 185                 Total Noticed: 107


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db/jdb         +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323
517634965      ACS Support,    PO Box 7051,    Utica, NY 13504-7051
517634966      Acs/nelnet,    501 Bleecker St,    Utica, NY 13501-2401
517634969      Atlanticare Physician Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517634970      BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517748066      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517634975      Cba,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634976      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517634977      Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517634978      College Loan Corporation,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634991      Conduent/Nelnet Education,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
517634994     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
                Saint Paul, MN 55101-7707)
517634995      Ds Services of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634996      Ecmc/American Studen A,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517726816      Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517634997      Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
517634998      FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517635000     +Forked River Family Dental,    933 West Lacey Road,    Forked River, NJ 08731-1049
517635003     +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
517635004      Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517635007      KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517750587     +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
517635021      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517635020      Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517635022      National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
517635031     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,     PO Box 283 Division Of Taxation,
                Trenton, NJ 08695-0283)
517635029      Sharkinja Operating, LLC,    PO Box 2438,    Largo, FL 33779-2438
517635030      Snyder Eye Group,    1 Leifried Ln # 9,    Tuckerton, NJ 08087-2000
517635039      Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
517635041     +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517635040     +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                Fords, NJ 08863-1985
517635043      U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX 75403-5609
517635044      U.S. Department of Education,    ECMC/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
517928628      US Department of Education,    PO Box 16448,    St Paul MN 55116-0448
517635046      Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
517635047      Wellsfargo,    Attn: Bankruptcy,    PO Box 9210,    Des Moines, IA 50306-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517634967      E-mail/Text: amscbankruptcy@adt.com Nov 28 2019 00:04:28     ADT Security Services,
                PO Box 371878,    Pittsburgh, PA 15250-7878
517634968      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 28 2019 00:03:07
                Americredit/Gm Financial,    Attn: Bankruptcy,    PO Box 183853,   Arlington, TX 76096-3853
517634971      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:12:22     Capital One,
                15000 Capital One Dr,    Richmond, VA 23238-1119
517634972      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:12:22     Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517634973      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 28 2019 00:10:44     Capital One Auto Finan,
                3901 Dallas Pkwy,    Plano, TX 75093-7864
517634974      E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 28 2019 00:10:44
                Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
517665407     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 28 2019 00:11:33
                Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,   Houston, TX 77210-4360
517642114     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 28 2019 00:10:35
                Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517671498      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:11:28
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517634979     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:18     Comenity Bank/Avenue,
                Po Box 182789,    Columbus, OH 43218-2789
517634980      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:18     Comenity Bank/Express,
                PO Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0312-3                  User: admin              Page 2 of 4                      Date Rcvd: Nov 27, 2019
                                      Form ID: 185             Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517634981      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:18     Comenity Bank/Express,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
517634982      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:18     Comenity Bank/Fashbug,
                 PO Box 182789,    Columbus, OH  43218-2789
517634983      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:18     Comenity Bank/Mandees,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
517634984     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:18     Comenity Bank/Overstock,
                 Po Box 182789,    Columbus, OH 43218-2789
517634985      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:19     Comenity Bkl/Ulta,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
517634986      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:19     Comenity/Fashion Bug,
                 Attn: Bankrutptcy Dept,    PO Box 18215,    Columbus, OH  43218
517634987      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:19     Comenitybank/New York,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH  43218-2125
517634988      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:19     Comenitybank/Ny&Co,
                 PO Box 182789,    Columbus, OH  43218-2789
517634989      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:19     Comenitycb/ulta,
                 PO Box 182120,    Columbus, OH  43218-2120
517634990      E-mail/Text: ebn@rwjbh.org Nov 28 2019 00:04:09      Community Medical Center,
                 PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ  07757-0903
517634992      E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2019 00:10:45
                 Credit One Bank N.A.,    ATTN: Bankruptcy,    PO Box 98873,    Las Vegas, NV  89193-8873
517746407     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2019 00:12:44      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517634993      E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2019 00:03:13     Ditech,    Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD  57709-6172
517758092      E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2019 00:03:13     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517634999      E-mail/Text: bnc-bluestem@quantum3group.com Nov 28 2019 00:04:17      Fingerhut,
                 Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
517635001      E-mail/Text: info@fullcirclecollectionsllc.com Nov 28 2019 00:04:31
                 Full Circle Financial Services,    PO Box 2438,    Largo, FL  33779-2438
517635002      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 28 2019 00:03:07      Gm Financial,
                 PO Box 181145,    Arlington, TX  76096-1145
517728880      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2019 00:03:53      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517635005     +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Nov 28 2019 00:04:19
                 Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
517635006      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 28 2019 00:04:41
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
517635008      E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:42     Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI  53201-3120
517635009     +E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:42     Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518578700      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:11:45      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518578701      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:11:42      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517725949      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:10:46      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517635010      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:10:47      Lvnv Funding LLC,
                 PO Box 1269,    Greenville, SC  29602-1269
517635012      E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY  14240-0844
517635011      E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M & T Bank,    PO Box 7678,
                 Buffalo, NY  14240
517635013      E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY  14203-1420
517635014      E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M&T Credit Services,
                 Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY 14221-7748
517713378      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:11:25      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517709651     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 00:03:37     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
517635015      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:19     Mandees,
                 401 Hackensack Ave,    Hackensack, NJ  07601-6411
517635016      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:10:30      Merrick Bank Corp,
                 PO Box 9201,    Old Bethpage, NY  11804-9001
517635017      E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:10:16
                 Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY  11804-9001
517635018      E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 00:03:37     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
517635019     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 00:03:37     Midland Funding, LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517635023      Fax: 407-737-5634 Nov 28 2019 00:06:02     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                 1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Nov 27, 2019
                              Form ID: 185             Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517667574       +E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:11:14      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
517635024        E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:11:22      Onemain,    PO Box 1010,
                 Evansville, IN  47706-1010
517635026        E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:12:07      Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX  75039-3198
517635027        E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:10:09      Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN  47708-1013
517635028        E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:11:12      Onemain Financial,
                 Attn: Bankruptcy,    PO Box 3251,    Evansville, IN  47731-3251
517635025        E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:11:16      Onemain Financial,
                 PO Box 9001122,    Louisville, KY  40290-1122
517713062        E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 00:03:31
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517745391        E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 00:03:31
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517745394        E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 00:03:31
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517759079       +E-mail/Text: bncmail@w-legal.com Nov 28 2019 00:03:51      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517635033        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:09      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
517635035        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:12      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL  32896-5024
517635032        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:10      Syncb/lord & Tay,    PO Box 965015,
                 Orlando, FL  32896-5015
517635034        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:11:12      Syncb/paypal Smart Con,
                 PO Box 965005,    Orlando, FL  32896-5005
517635036        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:12:07      Synchrony Bank,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
518530552       +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:11      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517635037        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:12:07      Synchrony Bank/Paypal Cr,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
517635038        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:11:12      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
517635042       +E-mail/Text: bankruptcydepartment@tsico.com Nov 28 2019 00:04:20      Transworld Systems, Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
517635045        E-mail/Text: bnc-bluestem@quantum3group.com Nov 28 2019 00:04:17      Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN  56303-0820
                                                                                              TOTAL: 71

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court:  DiTech Financial, LLC,     332 Minnesota Street,    Suite 610,
               St. Paul, MN  55101)
518174096*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,     Division of Taxation Bankruptcy,    PO Box 245,
               Trenton, NJ 08695)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3                  User: admin                    Page 4 of 4                  Date Rcvd: Nov 27, 2019
                                      Form ID: 185                   Total Noticed: 107
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Joint Debtor Dawn  Vrahnos bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Debtor Konstadina  Vrahnos bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn  Anderson    on behalf of Creditor   State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              Rebecca Ann Solarz    on behalf of Creditor   Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```