**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security  **0** Assumption of Executory Contract or Unexpired Lease  **0** Lien Avoidance

Last Revised September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

IN RE:                                                              Case No. **18-23721**
                                                                    Judge _____

**Vrahnos, Konstadino & Vrahnos, Dawn**
                    Debtor(s)

### CHAPTER 13 PLAN AND MOTIONS

[ ] Original            [X] Modified/Notice Required          Date: **November 23, 2019**

[ ] Motions Included    [ ] Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

[ ] DOES **[X]** DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

[ ] DOES **[X]** DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

[ ] DOES **[X]** DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: **DES**      Initial Debtor: **KV**      Initial Co-Debtor: **DV**

**Part 1: Payment and Length of Plan**

a. The Debtors have paid $**20,960.00** to date.  Debtors shall pay $ **1,776.00** per **month** to the Chapter 13 Trustee, starting on **12/01/2019** for approximately **44** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
   [X] Future Earnings
   [ ] Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
   [ ] Sale of real property
       Description:
       Proposed date for completion: _____

   [ ] Refinance of real property
       Description:
       Proposed date for completion: _____

   [X] Loan modification with respect to mortgage encumbering property
       Description: **533 Elwood Street, Forked River, NJ 08731**
       Proposed date for completion:  **6/01/2020**

d. [X] The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. [ ] Other information that may be important relating to the payment and length of plan:

**Part 2: Adequate Protection [X] NONE**

a. Adequate protection payments will be made in the amount of $ **None** to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to _____ (creditor).

**Part 3: Priority Claims (Including Administrative Expenses)**

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Straffi & Straffi** | **Administrative Expense** | **3,500.00** |
| **State Of New Jersey** | **Taxes** | **1,581.00** |
| **Standing Chapter 13 Trustee** | **507(a)(1) Admin Exp.** | **To be determined** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
[X] None
[ ] The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| **None** | | | |

**Part 4: Secured Claims**

    **a. Curing Default and Maintaining Payments on Principal Residence: [ ]NONE**
    The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Ditech** | **533 Elwood St, Forked River, NJ 08731-2323** | **55,961.11** | **0.00%** | **55,961.11** | **1,521.69** |

    **b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: [X] NONE**
The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **None** | | | | | |

    **c. Secured claims excluded from 11 U.S.C. 506: [X] NONE**
The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| **None** | | | | |

    **d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments [X] NONE**
    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender [X] NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| **None** | | | |

**f. Secured Claims Unaffected by the Plan [ ] NONE**

The following secured claims are unaffected by the Plan:
**Capital One Auto Finance - Auto Loan**

**g. Secured Claims to Be Paid in Full Through the Plan [X] NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| **None** | | |

## Part 5: Unsecured Claims [ ] NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

   ___ Not less than $ _____ to be distributed *pro rata*
   **X** Not less than **100** percent
   ___ *Pro Rata* distribution from any remaining funds

b. **Separately Classified Unsecured Claims** shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| **College Loan Corporation** | Student Loan | **Paid outside of Plan** | **14,080.00** |
| **U.S. Department of Education** | Student Loan | **Paid outside of Plan** | **8,101.00** |
| **U.S. Department of Education** | Student Loan | **Paid outside of Plan** | **6,104.00** |

## Part 6: Executory Contracts and Unexpired Leases [X] NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| **None** | | | | |

## Part 7: Motions [ ] NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a. Motion to Avoid Liens under 11 U.S.C. Section 522(f).** [ ] **NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| **None** | | | | | | | |

**b. Motion to Void Liens and Reclassify Claim from Secured to Completely Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| **None** | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. [X] NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| **None** | | | | | |

## Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

**X** Upon Confirmation
___ Upon Discharge

**b. Payment Notices**

Creditors and Lessors provided for in Sections 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) **Trustee Commissions**

2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

   **d. Post-petition claims** The Standing Trustee **[ ]** is, **[X]** is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9: Modification [ ] NONE**

If this plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: **11/25/2019**

| Explain below **why** the Plan is being modified. | Explain below **how** the Plan is being modified. |
|---|---|
| **Plan is being modified to extend the Loss Mitigation period.** | **Plan was modified to extend the Loss Mitigation period.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?  **[ ]** Yes  **[X]** No

**Part 10: Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

**[X]** NONE
**[ ]** Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, Chapter 13 Plan and Motions, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **November 25, 2019**     */s/ Konstadina Vrahnos*
                                Debtor

Date: **November 25, 2019**     */s/ Dawn Vrahnos*
                                Joint Debtor

Date: **November 25, 2019**     */s/ Daniel E. Straffi, Jr.*
                                Attorney for the Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-23721-MBK
Konstadina Vrahnos                                                        Chapter 13
Dawn Vrahnos
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4              Date Rcvd: Nov 27, 2019
                              Form ID: pdf901          Total Noticed: 107

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db/jdb         +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323
517634965       ACS Support,    PO Box 7051,    Utica, NY 13504-7051
517634966       Acs/nelnet,    501 Bleecker St,    Utica, NY 13501-2401
517634969       Atlanticare Physician Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517634970       BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517748066       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517634975       Cba,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634976       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517634977       Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517634978       College Loan Corporation,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634991       Conduent/Nelnet Education,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
517634994    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,      332 Minnesota St Ste 610,
                 Saint Paul, MN 55101-7707)
517634995       Ds Services of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634996       Ecmc/American Studen A,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517726816       Educational Credit Management Corporation,    P.O. Box 16408,    St. Paul, MN 55116-0408
517634997       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
517634998       FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517635000      +Forked River Family Dental,    933 West Lacey Road,    Forked River, NJ 08731-1049
517635003      +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
517635004       Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517635007       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517750587      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
517635021       MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517635020       Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517635022       National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
517635031     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,     PO Box 283 Division Of Taxation,
                 Trenton, NJ 08695-0283)
517635029       Sharkinja Operating, LLC,    PO Box 2438,    Largo, FL 33779-2438
517635030       Snyder Eye Group,    1 Leifried Ln # 9,    Tuckerton, NJ 08087-2000
517635039       Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
517635041      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517635040      +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                 Fords, NJ 08863-1985
517635043       U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX 75403-5609
517635044       U.S. Department of Education,    ECMC/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
517928628       US Department of Education,    PO Box 16448,    St Paul MN 55116-0448
517635046       Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
517635047       Wellsfargo,    Attn: Bankruptcy,    PO Box 9210,    Des Moines, IA 50306-9210
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517634967       E-mail/Text: amscbankruptcy@adt.com Nov 28 2019 00:04:28      ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
517634968       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 28 2019 00:03:07
                 Americredit/Gm Financial,    Attn: Bankruptcy,    PO Box 183853,    Arlington, TX 76096-3853
517634971       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:10:30      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238-1119
517634972       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:11:30      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517634973       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 28 2019 00:10:44      Capital One Auto Finan,
                 3901 Dallas Pkwy,    Plano, TX 75093-7864
517634974       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 28 2019 00:10:44
                 Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517665407      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 28 2019 00:12:27
                 Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
517642114      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 28 2019 00:10:33
                 Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517671498       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 28 2019 00:10:30
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517634979      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:22      Comenity Bank/Avenue,
                 Po Box 182789,    Columbus, OH 43218-2789
517634980       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:22      Comenity Bank/Express,
                 PO Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0312-3              User: admin                Page 2 of 4                  Date Rcvd: Nov 27, 2019
                                  Form ID: pdf901            Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517634981         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:22     Comenity Bank/Express,
                  Attn: Bankruptcy Dept,    PO Box 182125,   Columbus, OH  43218-2125
517634982         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:22     Comenity Bank/Fashbug,
                  PO Box 182789,    Columbus, OH  43218-2789
517634983         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:22     Comenity Bank/Mandees,
                  Attn: Bankruptcy Dept,    PO Box 182125,   Columbus, OH  43218-2125
517634984        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:22     Comenity Bank/Overstock,
                  Po Box 182789,    Columbus, OH 43218-2789
517634985         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:23     Comenity Bkl/Ulta,
                  Attn: Bankruptcy Dept,    PO Box 182125,   Columbus, OH  43218-2125
517634986         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:23     Comenity/Fashion Bug,
                  Attn: Bankrutptcy Dept,    PO Box 18215,   Columbus, OH  43218
517634987         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:23     Comenitybank/New York,
                  Attn: Bankruptcy Dept,    PO Box 182125,   Columbus, OH  43218-2125
517634988         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:23     Comenitybank/Ny&Co,
                  PO Box 182789,    Columbus, OH  43218-2789
517634989         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:23     Comenitycb/ulta,
                  PO Box 182120,    Columbus, OH  43218-2120
517634990         E-mail/Text: ebn@rwjbh.org Nov 28 2019 00:04:09      Community Medical Center,
                  PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ  07757-0903
517634992         E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2019 00:11:50
                  Credit One Bank N.A.,    ATTN: Bankruptcy,    PO Box 98873,   Las Vegas, NV  89193-8873
517746407        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2019 00:12:44     Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517634993         E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2019 00:03:13     Ditech,    Attn: Bankruptcy,
                  PO Box 6172,    Rapid City, SD  57709-6172
517758092         E-mail/Text: bankruptcy.bnc@ditech.com Nov 28 2019 00:03:13     Ditech Financial LLC,
                  P.O. Box 6154,    Rapid City, SD 57709-6154
517634999         E-mail/Text: bnc-bluestem@quantum3group.com Nov 28 2019 00:04:17     Fingerhut,
                  Bankruptcy Dept,    6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
517635001         E-mail/Text: info@fullcirclecollectionsllc.com Nov 28 2019 00:04:31
                  Full Circle Financial Services,    PO Box 2438,   Largo, FL  33779-2438
517635002         E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Nov 28 2019 00:03:07     Gm Financial,
                  PO Box 181145,    Arlington, TX  76096-1145
517728880         E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2019 00:03:55     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
517635005        +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Nov 28 2019 00:04:19
                  Jersey Shore University Medical Center,    1945 Route 33,   Neptune, NJ 07753-4896
517635006         E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Nov 28 2019 00:04:41
                  Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO  63042-2429
517635008         E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:45     Kohls/Capital One,
                  Kohls Credit,    PO Box 3120,   Milwaukee, WI  53201-3120
517635009        +E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:46     Kohls/capone,
                  N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518578700         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:10:46     LVNV Funding LLC,
                  PO Box 10587,    Greenville, SC 29603-0587
518578701         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:10:45     LVNV Funding LLC,
                  PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,   PO Box 10587,
                  Greenville, SC 29603-0587
517725949         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:10:45     LVNV Funding LLC,
                  c/o Resurgent Capital Services,    P O Box 10675,   Greenville, SC 29603-0675
517635010         E-mail/PDF: resurgentbknotifications@resurgent.com Nov 28 2019 00:10:48     Lvnv Funding LLC,
                  PO Box 1269,    Greenville, SC  29602-1269
517635012         E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M & T Bank,    Attn: Bankruptcy,
                  PO Box 844,    Buffalo, NY  14240-0844
517635011         E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M & T Bank,    PO Box 7678,
                  Buffalo, NY  14240
517635013         E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M&T Bank,    1 Fountain Plz Fl 4,
                  Buffalo, NY  14203-1420
517635014         E-mail/Text: camanagement@mtb.com Nov 28 2019 00:03:16     M&T Credit Services,
                  Legal Document Processing,    1100 Wehrle Dr,   Williamsville, NY 14221-7748
517713378         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:12:15     MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517709651        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 00:03:37     MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN MI 48090-2011
517635015         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 28 2019 00:03:23     Mandees,
                  401 Hackensack Ave,    Hackensack, NJ  07601-6411
517635016         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:10:27     Merrick Bank Corp,
                  PO Box 9201,    Old Bethpage, NY  11804-9001
517635017         E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:10:19
                  Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,   Old Bethpage, NY  11804-9001
517635018         E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 00:03:37     Midland Funding,
                  2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
517635019        +E-mail/Text: bankruptcydpt@mcmcg.com Nov 28 2019 00:03:37     Midland Funding, LLC,
                  8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517635023         Fax: 407-737-5634 Nov 28 2019 00:06:02     Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                  1661 Worthington Rd Ste 100,    West Palm Beach, FL  33409-6493
```

```
District/off: 0312-3          User: admin              Page 3 of 4                  Date Rcvd: Nov 27, 2019
                              Form ID: pdf901          Total Noticed: 107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517667574      +E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:12:08      OneMain,   PO Box 3251,
                 Evansville, IN 47731-3251
517635024       E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:12:07      Onemain,   PO Box 1010,
                 Evansville, IN 47706-1010
517635026       E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:10:09      Onemain Financial,
                 6801 Colwell Blvd,   Irving, TX 75039-3198
517635027       E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:12:12      Onemain Financial,
                 Attn: Bankruptcy,   601 NW 2nd St,   Evansville, IN 47708-1013
517635028       E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:10:19      Onemain Financial,
                 Attn: Bankruptcy,   PO Box 3251,   Evansville, IN 47731-3251
517635025       E-mail/PDF: cbp@onemainfinancial.com Nov 28 2019 00:10:15      Onemain Financial,
                 PO Box 9001122,   Louisville, KY 40290-1122
517713062       E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 00:03:33
                 Quantum3 Group LLC as agent for,   JH Portfolio Debt Equities LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
517745391       E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 00:03:33
                 Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
517745394       E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2019 00:03:33
                 Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                 Kirkland, WA 98083-0788
517759079      +E-mail/Text: bncmail@w-legal.com Nov 28 2019 00:03:51      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517635033       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:18      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
517635035       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:18      Syncb/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
517635032       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:19      Syncb/lord & Tay,   PO Box 965015,
                 Orlando, FL 32896-5015
517635034       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:18      Syncb/paypal Smart Con,
                 PO Box 965005,   Orlando, FL 32896-5005
517635036       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:19      Synchrony Bank,
                 Attn: Bankruptcy,   PO Box 965060,   Orlando, FL 32896-5060
518530552      +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:26      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517635037       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:12:16      Synchrony Bank/Paypal Cr,
                 Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
517635038       E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 00:10:17      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,   PO Box 965060,   Orlando, FL 32896-5060
517635042      +E-mail/Text: bankruptcydepartment@tsico.com Nov 28 2019 00:04:21      Transworld Systems, Inc.,
                 507 Prudential Road,   Horsham, PA 19044-2308
517635045       E-mail/Text: bnc-bluestem@quantum3group.com Nov 28 2019 00:04:17      Webbank/fingerhut,
                 6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 71

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          ++++DITECH FINANCIAL, LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
              (address filed with court: DiTech Financial, LLC,   332 Minnesota Street,   Suite 610,
                St. Paul, MN 55101)
518174096*   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,   Division of Taxation Bankruptcy,   PO Box 245,
                Trenton, NJ 08695)
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 4 of 4                  Date Rcvd: Nov 27, 2019
                              Form ID: pdf901            Total Noticed: 107
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2019 at the address(es) listed below:

```
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Daniel E. Straffi    on behalf of Joint Debtor Dawn  Vrahnos bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Debtor Konstadina  Vrahnos bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```