| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Konstadina Vrahnos<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–0912 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Dawn Vrahnos<br>First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–4815 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13   7/9/18 |
| Case number: | 18–23721–MBK | Date case converted to chapter: | 7   1/2/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline            12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Konstadina Vrahnos | Dawn Vrahnos |
| 2. | **All other names used in the last 8 years** | aka Dean Vrahnos | aka Dawn Zielinski |
| 3. | **Address** | 533 Elwood Street<br>Forked River, NJ 08731 | 533 Elwood Street<br>Forked River, NJ 08731 |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800 |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 1/2/20 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 14, 2020 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 4/14/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**            page **2**

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 18-23721-MBK
Konstadina Vrahnos                                                 Chapter 7
Dawn Vrahnos
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin              Page 1 of 4                  Date Rcvd: Jan 02, 2020
                               Form ID: 309A            Total Noticed: 109


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
db/jdb         +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323
517634965       ACS Support,    PO Box 7051,    Utica, NY 13504-7051
517634966       Acs/nelnet,    501 Bleecker St,    Utica, NY 13501-2401
517634969       Atlanticare Physician Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517634970       BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517634975       Cba,   25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634978       College Loan Corporation,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634991       Conduent/Nelnet Education,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
517634994      ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:  Ditech Financial LLC,    332 Minnesota St Ste 610,
                  Saint Paul, MN 55101-7707)
517634995       Ds Services of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634996       Ecmc/American Studen A,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634997       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
517634998       FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517635000      +Forked River Family Dental,    933 West Lacey Road,    Forked River, NJ 08731-1049
517635003      +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
517635004       Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517635007       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517750587      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
517635021       MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517635020       Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517635031      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State Of New Jersey,    PO Box 283 Division Of Taxation,
                  Trenton, NJ 08695-0283)
517635029       Sharkinja Operating, LLC,    PO Box 2438,    Largo, FL 33779-2438
517635030       Snyder Eye Group,    1 Leifried Ln # 9,    Tuckerton, NJ 08087-2000
517635041      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517635040      +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                  Fords, NJ 08863-1985
517635043       U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bkclient@straffilaw.com Jan 02 2020 23:18:14     Daniel E. Straffi,
                 Straffi & Straffi, LLC,    670 Commons Way,    Toms River, NJ 08755
tr             +EDI: BJMMCDONNELLIII.COM Jan 03 2020 03:48:00     John Michael McDonnell,
                 John Michael McDonnell, Ch. 7 Trustee,    115 Maple Avenue,    Red Bank, NJ 07701-1752
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 02 2020 23:19:09     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 02 2020 23:19:07     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517634967       E-mail/Text: amscbankruptcy@adt.com Jan 02 2020 23:19:44     ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
517634968       EDI: PHINAMERI.COM Jan 03 2020 03:48:00     Americredit/Gm Financial,    Attn: Bankruptcy,
                 PO Box 183853,    Arlington, TX 76096-3853
517634971       EDI: CAPITALONE.COM Jan 03 2020 03:48:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
517634972       EDI: CAPITALONE.COM Jan 03 2020 03:48:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517634973       EDI: CAPONEAUTO.COM Jan 03 2020 03:48:00     Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
517634974       EDI: CAPONEAUTO.COM Jan 03 2020 03:48:00     Capital One Auto Finance,    Attn: Bankruptcy,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517665407      +EDI: AISACG.COM Jan 03 2020 03:48:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517642114      +EDI: AISACG.COM Jan 03 2020 03:48:00     Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517671498       EDI: CAPITALONE.COM Jan 03 2020 03:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517748066       EDI: BL-BECKET.COM Jan 03 2020 03:48:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517634976       EDI: CHASE.COM Jan 03 2020 03:48:00     Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
517634977       EDI: CHASE.COM Jan 03 2020 03:48:00     Chase Card Services,    Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
517634979      +EDI: WFNNB.COM Jan 03 2020 03:48:00     Comenity Bank/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
517634980       EDI: WFNNB.COM Jan 03 2020 03:48:00     Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
517634981       EDI: WFNNB.COM Jan 03 2020 03:48:00     Comenity Bank/Express,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin                Page 2 of 4                  Date Rcvd: Jan 02, 2020
                              Form ID: 309A              Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517634982      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenity Bank/Fashbug,    PO Box 182789,
                 Columbus, OH   43218-2789
517634983      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenity Bank/Mandees,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH   43218-2125
517634984     +EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenity Bank/Overstock,    Po Box 182789,
                 Columbus, OH 43218-2789
517634985      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenity Bkl/Ulta,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH   43218-2125
517634986      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenity/Fashion Bug,    Attn: Bankrutpcy Dept,
                 PO Box 18215,    Columbus, OH   43218
517634987      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenitybank/New York,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH   43218-2125
517634988      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenitybank/Ny&Co,    PO Box 182789,
                 Columbus, OH   43218-2789
517634989      EDI: WFNNB.COM Jan 03 2020 03:48:00      Comenitycb/ulta,    PO Box 182120,
                 Columbus, OH   43218-2120
517634990      E-mail/Text: ebn@rwjbh.org Jan 02 2020 23:19:30       Community Medical Center,
                 PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ   07757-0903
517634992      E-mail/PDF: creditonebknotifications@resurgent.com Jan 02 2020 23:20:35
                 Credit One Bank N.A.,    ATTN: Bankruptcy,    PO Box 98873,   Las Vegas, NV   89193-8873
517746407     +EDI: AIS.COM Jan 03 2020 03:48:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517634993      E-mail/Text: bankruptcy.bnc@ditech.com Jan 02 2020 23:18:48       Ditech,   Attn: Bankruptcy,
                 PO Box 6172,    Rapid City, SD   57709-6172
517758092      E-mail/Text: bankruptcy.bnc@ditech.com Jan 02 2020 23:18:48       Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
517726816      EDI: ECMC.COM Jan 03 2020 03:48:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
517634999      EDI: BLUESTEM Jan 03 2020 03:48:00      Fingerhut,    Bankruptcy Dept,   6250 Ridgewood Rd,
                 Saint Cloud, MN   56303-0820
517635001      E-mail/Text: info@fullcirclecollectionsllc.com Jan 02 2020 23:19:46
                 Full Circle Financial Services,    PO Box 2438,    Largo, FL   33779-2438
517635002      EDI: PHINAMERI.COM Jan 03 2020 03:48:00      Gm Financial,    PO Box 181145,
                 Arlington, TX   76096-1145
517728880      EDI: JEFFERSONCAP.COM Jan 03 2020 03:48:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517728880      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 02 2020 23:19:22       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
517635005     +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jan 02 2020 23:19:39
                 Jersey Shore University Medical Center,    1945 Route 33,   Neptune, NJ 07753-4896
517635006      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jan 02 2020 23:20:01
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO   63042-2429
517635008      E-mail/Text: bncnotices@becket-lee.com Jan 02 2020 23:18:33       Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI   53201-3120
517635009     +E-mail/Text: bncnotices@becket-lee.com Jan 02 2020 23:18:33       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518578700      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 02 2020 23:20:38       LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518578701      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 02 2020 23:20:37       LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517725949      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 02 2020 23:22:00       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517635010      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 02 2020 23:21:19       Lvnv Funding LLC,
                 PO Box 1269,    Greenville, SC   29602-1269
517635012      E-mail/Text: camanagement@mtb.com Jan 02 2020 23:18:49       M & T Bank,   Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY   14240-0844
517635011      E-mail/Text: camanagement@mtb.com Jan 02 2020 23:18:49       M & T Bank,   PO Box 7678,
                 Buffalo, NY   14240
517635013      E-mail/Text: camanagement@mtb.com Jan 02 2020 23:18:49       M&T Bank,   1 Fountain Plz Fl 4,
                 Buffalo, NY   14203-1420
517635014      E-mail/Text: camanagement@mtb.com Jan 02 2020 23:18:49       M&T Credit Services,
                 Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY   14221-7748
517713378      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 02 2020 23:20:20       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517709651     +EDI: MID8.COM Jan 03 2020 03:48:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
517635015      EDI: WFNNB.COM Jan 03 2020 03:48:00      Mandees,    401 Hackensack Ave,
                 Hackensack, NJ   07601-6411
517635016      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 02 2020 23:21:00       Merrick Bank Corp,
                 PO Box 9201,    Old Bethpage, NY   11804-9001
517635017      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 02 2020 23:21:47
                 Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,   Old Bethpage, NY   11804-9001
517635018      EDI: MID8.COM Jan 03 2020 03:48:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA   92108-2709
517635019     +EDI: MID8.COM Jan 03 2020 03:48:00      Midland Funding, LLC,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Jan 02, 2020
                              Form ID: 309A            Total Noticed: 109


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517635022      EDI: NESF.COM Jan 03 2020 03:48:00      National Enterprise Systems,    29125 Solon Road,
                Solon, OH 44139-3442
517635023      Fax: 407-737-5634 Jan 02 2020 23:43:26      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                1661 Worthington Rd Ste 100,    West Palm Beach, FL 33409-6493
517667574     +EDI: AGFINANCE.COM Jan 03 2020 03:48:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517635024      EDI: AGFINANCE.COM Jan 03 2020 03:48:00      Onemain,    PO Box 1010,
                Evansville, IN 47706-1010
517635026      EDI: AGFINANCE.COM Jan 03 2020 03:48:00      Onemain Financial,    6801 Colwell Blvd,
                Irving, TX 75039-3198
517635027      EDI: AGFINANCE.COM Jan 03 2020 03:48:00      Onemain Financial,    Attn: Bankruptcy,
                601 NW 2nd St,    Evansville, IN 47708-1013
517635028      EDI: AGFINANCE.COM Jan 03 2020 03:48:00      Onemain Financial,    Attn: Bankruptcy,
                PO Box 3251,    Evansville, IN 47731-3251
517635025      EDI: AGFINANCE.COM Jan 03 2020 03:48:00      Onemain Financial,    PO Box 9001122,
                Louisville, KY 40290-1122
517713062      EDI: Q3G.COM Jan 03 2020 03:48:00      Quantum3 Group LLC as agent for,
                JH Portfolio Debt Equities LLC,    PO Box 788,    Kirkland, WA 98083-0788
517745391      EDI: Q3G.COM Jan 03 2020 03:48:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,    Kirkland, WA 98083-0788
517745394      EDI: Q3G.COM Jan 03 2020 03:48:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                PO Box 788,    Kirkland, WA 98083-0788
517759079     +E-mail/Text: bncmail@w-legal.com Jan 02 2020 23:19:15      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517635033      EDI: RMSC.COM Jan 03 2020 03:48:00      Syncb/Lord & Taylor,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL 32896-5060
517635035      EDI: RMSC.COM Jan 03 2020 03:48:00      Syncb/Walmart,    PO Box 965024,
                Orlando, FL 32896-5024
517635032      EDI: RMSC.COM Jan 03 2020 03:48:00      Syncb/lord & Tay,    PO Box 965015,
                Orlando, FL 32896-5015
517635034      EDI: RMSC.COM Jan 03 2020 03:48:00      Syncb/paypal Smart Con,    PO Box 965005,
                Orlando, FL 32896-5005
517635036      EDI: RMSC.COM Jan 03 2020 03:48:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                Orlando, FL 32896-5060
518530552     +EDI: RMSC.COM Jan 03 2020 03:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517635037      EDI: RMSC.COM Jan 03 2020 03:48:00      Synchrony Bank/Paypal Cr,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL 32896-5060
517635038      EDI: RMSC.COM Jan 03 2020 03:48:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                PO Box 965060,    Orlando, FL 32896-5060
517635039      EDI: WTRRNBANK.COM Jan 03 2020 03:48:00      Td Bank USA/Targetcred,    PO Box 673,
                Minneapolis, MN 55440-0673
517635042     +E-mail/Text: bankruptcydepartment@tsico.com Jan 02 2020 23:19:41      Transworld Systems, Inc.,
                507 Prudential Road,    Horsham, PA 19044-2308
517635044      EDI: ECMC.COM Jan 03 2020 03:48:00      U.S. Department of Education,    ECMC/Bankruptcy,
                PO Box 16408,    Saint Paul, MN 55116-0408
517928628      EDI: ECMC.COM Jan 03 2020 03:48:00      US Department of Education,    PO Box 16448,
                St Paul MN 55116-0448
517635045      EDI: BLUESTEM Jan 03 2020 03:48:00      Webbank/fingerhut,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
517635047      EDI: WFFC.COM Jan 03 2020 03:48:00      Wellsfargo,    Attn: Bankruptcy,    PO Box 9210,
                Des Moines, IA 50306-9210
517635046      EDI: WFFC.COM Jan 03 2020 03:48:00      Wellsfargo,    800 Walnut St,
                Des Moines, IA 50309-3605
                                                                                              TOTAL: 84

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518174096*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
                Trenton, NJ 08695)
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin              Page 4 of 4            Date Rcvd: Jan 02, 2020
                              Form ID: 309A            Total Noticed: 109
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0
```