UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Vrahnos, Konstadina &
Vrahnos, Dawn

Case No.: 18-23721
Chapter: 7
Judge: MBK

**NOTICE OF PROPOSED ABANDONMENT**

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
Clarkson S. Fisher United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __March 19, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
533 Elwood Street
Forked River, NJ 08731

FMV $240,000

Liens on property:
Lien = $285,000

Cost of Sale (minus 10%)

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732.383.7233

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                         Case No. 18-23721-MBK
Konstadina Vrahnos                                             Chapter 7
Dawn Vrahnos
        Debtors               CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 4           Date Rcvd: Feb 18, 2020
                              Form ID: pdf905            Total Noticed: 107


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db/jdb         +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323
517634965       ACS Support,    PO Box 7051,    Utica, NY 13504-7051
517634966       Acs/nelnet,    501 Bleecker St,    Utica, NY 13501-2401
517634969       Atlanticare Physician Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517634970       BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517748066       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517634975       Cba,   25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634976       Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
517634977       Chase Card Services,    Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517634978       College Loan Corporation,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634991       Conduent/Nelnet Education,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
517634994    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court:  Ditech Financial LLC,     332 Minnesota St Ste 610,
                Saint Paul, MN 55101-7707)
517634995       Ds Services of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634996       Ecmc/American Studen A,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517726816       Educational Credit Management Corporation,     P.O. Box 16408,    St. Paul, MN 55116-0408
517634997       Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
517634998       FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517635000      +Forked River Family Dental,    933 West Lacey Road,    Forked River, NJ 08731-1049
517635003      +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
517635004       Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517635007       KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517750587      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
517635021       MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517635020       Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517635022       National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
517635031     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State Of New Jersey,     PO Box 283 Division Of Taxation,
                Trenton, NJ 08695-0283)
517635029       Sharkinja Operating, LLC,    PO Box 2438,    Largo, FL 33779-2438
517635030       Snyder Eye Group,    1 Leifried Ln # 9,    Tuckerton, NJ 08087-2000
517635039       Td Bank USA/Targetcred,    PO Box 673,    Minneapolis, MN 55440-0673
517635041      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517635040      +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                Fords, NJ 08863-1985
517635043       U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX 75403-5609
517635044       U.S. Department of Education,    ECMC/Bankruptcy,    PO Box 16408,    Saint Paul, MN 55116-0408
517928628       US Department of Education,    PO Box 16448,    St Paul MN 55116-0448
517635046       Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
517635047       Wellsfargo,    Attn: Bankruptcy,    PO Box 9210,    Des Moines, IA 50306-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 19 2020 02:33:25      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 19 2020 02:33:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517634967       E-mail/Text: amscbankruptcy@adt.com Feb 19 2020 02:34:14      ADT Security Services,
                PO Box 371878,    Pittsburgh, PA 15250-7878
517634968       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 19 2020 02:32:39
                Americredit/Gm Financial,    Attn: Bankruptcy,    PO Box 183853,    Arlington, TX 76096-3853
517634971       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 02:38:07      Capital One,
                15000 Capital One Dr,    Richmond, VA 23238-1119
517634972       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 02:37:07      Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517634973       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 19 2020 02:37:23      Capital One Auto Finan,
                3901 Dallas Pkwy,    Plano, TX 75093-7864
517634974       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 19 2020 02:37:24
                Capital One Auto Finance,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517665407      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 02:36:20
                Capital One Auto Finance, a division of Capital On,     P.O. Box 4360,    Houston, TX 77210-4360
517642114      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 19 2020 02:36:20
                Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517671498       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 02:36:18
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517634979      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:57      Comenity Bank/Avenue,
                Po Box 182789,    Columbus, OH 43218-2789
517634980       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:58      Comenity Bank/Express,
                PO Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0312-3                  User: admin                    Page 2 of 4                   Date Rcvd: Feb 18, 2020
                                      Form ID: pdf905                Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517634981      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:58      Comenity Bank/Express,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH   43218-2125
517634982      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:58      Comenity Bank/Fashbug,
                PO Box 182789,    Columbus, OH   43218-2789
517634983      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:58      Comenity Bank/Mandees,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH   43218-2125
517634984     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:58      Comenity Bank/Overstock,
                Po Box 182789,    Columbus, OH 43218-2789
517634985      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:58      Comenity Bkl/Ulta,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH   43218-2125
517634986      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:59      Comenity/Fashion Bug,
                Attn: Bankrutptcy Dept,    PO Box 18215,    Columbus, OH   43218
517634987      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:59      Comenitybank/New York,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH   43218-2125
517634988      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:59      Comenitybank/Ny&Co,
                PO Box 182789,    Columbus, OH   43218-2789
517634989      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:59      Comenitycb/ulta,
                PO Box 182120,    Columbus, OH   43218-2120
517634990      E-mail/Text: ebn@rwjbh.org Feb 19 2020 02:33:58       Community Medical Center,
                PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ   07757-0903
517634992      E-mail/PDF: creditonebknotifications@resurgent.com Feb 19 2020 02:38:18
                Credit One Bank N.A.,    ATTN: Bankruptcy,    PO Box 98873,    Las Vegas, NV   89193-8873
517746407     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2020 02:36:33       Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517634993      E-mail/Text: bankruptcy.bnc@ditech.com Feb 19 2020 02:32:43       Ditech,    Attn: Bankruptcy,
                PO Box 6172,    Rapid City, SD   57709-6172
517758092      E-mail/Text: bankruptcy.bnc@ditech.com Feb 19 2020 02:32:43       Ditech Financial LLC,
                P.O. Box 6154,    Rapid City, SD 57709-6154
517634999      E-mail/Text: bnc-bluestem@quantum3group.com Feb 19 2020 02:34:06       Fingerhut,
                Bankruptcy Dept,    6250 Ridgewood Rd,    Saint Cloud, MN   56303-0820
517635001      E-mail/Text: info@fullcirclecollectionsllc.com Feb 19 2020 02:34:19
                Full Circle Financial Services,    PO Box 2438,    Largo, FL   33779-2438
517635002      E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 19 2020 02:32:39       Gm Financial,
                PO Box 181145,    Arlington, TX   76096-1145
517728880      E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 19 2020 02:33:43       Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
517635005     +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Feb 19 2020 02:34:07
                Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
517635006      E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Feb 19 2020 02:34:30
                Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO   63042-2429
517635008      E-mail/Text: bncnotices@becket-lee.com Feb 19 2020 02:32:15       Kohls/Capital One,
                Kohls Credit,    PO Box 3120,    Milwaukee, WI   53201-3120
517635009     +E-mail/Text: bncnotices@becket-lee.com Feb 19 2020 02:32:15       Kohls/capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518578700      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:36:32       LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587
518578701      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:37:24       LVNV Funding LLC,
                PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                Greenville, SC 29603-0587
517725949      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:38:28       LVNV Funding LLC,
                c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517635010      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 02:37:24       Lvnv Funding LLC,
                PO Box 1269,    Greenville, SC   29602-1269
517635012      E-mail/Text: camanagement@mtb.com Feb 19 2020 02:32:44       M & T Bank,    Attn: Bankruptcy,
                PO Box 844,    Buffalo, NY   14240-0844
517635011      E-mail/Text: camanagement@mtb.com Feb 19 2020 02:32:44       M & T Bank,    PO Box 7678,
                Buffalo, NY   14240
517635013      E-mail/Text: camanagement@mtb.com Feb 19 2020 02:32:44       M&T Bank,    1 Fountain Plz Fl 4,
                Buffalo, NY   14203-1420
517635014      E-mail/Text: camanagement@mtb.com Feb 19 2020 02:32:44       M&T Credit Services,
                Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY 14221-7748
517713378      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 19 2020 02:36:14       MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517709651     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2020 02:33:20       MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN MI 48090-2011
517635015      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2020 02:32:59       Mandees,
                401 Hackensack Ave,    Hackensack, NJ   07601-6411
517635016      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 19 2020 02:37:54       Merrick Bank Corp,
                PO Box 9201,    Old Bethpage, NY   11804-9001
517635017      E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 19 2020 02:36:55
                Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY   11804-9001
517635018      E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2020 02:33:20       Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA   92108-2709
517635019     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2020 02:33:20       Midland Funding, LLC,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
517635023      Fax: 407-737-5634 Feb 19 2020 02:51:25       Ocwen Loan Servicing,    Attn: Research/Bankruptcy,
                1661 Worthington Rd Ste 100,    West Palm Beach, FL   33409-6493
```

```
District/off: 0312-3          User: admin              Page 3 of 4            Date Rcvd: Feb 18, 2020
                              Form ID: pdf905          Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517667574       +E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 02:36:49      OneMain,    PO Box 3251,
                 Evansville, IN 47731-3251
517635024        E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 02:37:48      Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
517635026        E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 02:36:02      Onemain Financial,
                 6801 Colwell Blvd,    Irving, TX 75039-3198
517635027        E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 02:36:49      Onemain Financial,
                 Attn: Bankruptcy,    601 NW 2nd St,    Evansville, IN 47708-1013
517635028        E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 02:36:49      Onemain Financial,
                 Attn: Bankruptcy,    PO Box 3251,    Evansville, IN 47731-3251
517635025        E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 02:36:02      Onemain Financial,
                 PO Box 9001122,    Louisville, KY 40290-1122
517713062        E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 02:33:14
                 Quantum3 Group LLC as agent for,    JH Portfolio Debt Equities LLC,    PO Box 788,
                 Kirkland, WA 98083-0788
517745391        E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 02:33:14
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
517745394        E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 02:33:14
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
517759079       +E-mail/Text: bncmail@w-legal.com Feb 19 2020 02:33:36       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517635033        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:12      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
517635035        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:37:01      Syncb/Walmart,    PO Box 965024,
                 Orlando, FL 32896-5024
517635032        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:13      Syncb/lord & Tay,    PO Box 965015,
                 Orlando, FL 32896-5015
517635034        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:12      Syncb/paypal Smart Con,
                 PO Box 965005,    Orlando, FL 32896-5005
517635036        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:12      Synchrony Bank,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL 32896-5060
518530552       +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:13      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517635037        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:12      Synchrony Bank/Paypal Cr,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517635038        E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 02:36:12      Synchrony Bank/Walmart,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL 32896-5060
517635042       +E-mail/Text: bankruptcydepartment@tsico.com Feb 19 2020 02:34:10       Transworld Systems, Inc.,
                 507 Prudential Road,    Horsham, PA 19044-2308
517635045        E-mail/Text: bnc-bluestem@quantum3group.com Feb 19 2020 02:34:06       Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                               TOTAL: 71

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
                (address filed with court:   DiTech Financial, LLC,    332 Minnesota Street,    Suite 610,
                 St. Paul, MN 55101)
518174096*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
                 Trenton, NJ 08695)
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 4 of 4              Date Rcvd: Feb 18, 2020
                              Form ID: pdf905             Total Noticed: 107
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2020 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Daniel E. Straffi    on behalf of Joint Debtor Dawn   Vrahnos bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Debtor Konstadina   Vrahnos bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
               heather.anderson@law.dol.lps.state.nj.us
              John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
               NJ95@ecfcbis.com,bcrowley@mchfirm.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    NJ95@ecfcbis.com,bcrowley@mchfirm.com
              Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```