| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Konstadina Vrahnos | Social Security number or ITIN   xxx–xx–0912 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Dawn Vrahnos | Social Security number or ITIN   xxx–xx–4815 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–23721–MBK | | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Konstadina Vrahnos                                           Dawn Vrahnos
aka Dean Vrahnos                                             aka Dawn Zielinski


<u>6/5/20</u>                                                         **By the court:**   <u>Michael B. Kaplan</u>
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                            **Order of Discharge**                                                            page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                   Case No. 18-23721-MBK
Konstadina Vrahnos                                                       Chapter 7
Dawn Vrahnos
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 4                   Date Rcvd: Jun 05, 2020
                              Form ID: 318                Total Noticed: 107


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
db/jdb         +Konstadina Vrahnos,    Dawn Vrahnos,    533 Elwood Street,    Forked River, NJ 08731-2323
517634965      ACS Support,    PO Box 7051,    Utica, NY 13504-7051
517634966      Acs/nelnet,    501 Bleecker St,    Utica, NY 13501-2401
517634969      Atlanticare Physician Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517634970      BCA Financial Services, Inc.,    18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
517634975      Cba,   25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634978      College Loan Corporation,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634991      Conduent/Nelnet Education,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
517634994    ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101-7707)
517634993      Ditech,    Attn: Bankruptcy,    PO Box 6172,    Rapid City, SD 57709-6172
517758092      Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517634995      Ds Services of America Inc,    25954 Eden Landing Rd,    Hayward, CA 94545-3816
517634996      Ecmc/American Studen A,    100 Cambridge St Ste 1600,    Boston, MA 02114-2518
517634997      Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
517634998      FedLoan Servicing,    Attention: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517635000      #+Forked River Family Dental,    933 West Lacey Road,    Forked River, NJ 08731-1049
517635003      +GMAC Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
517635004      Horizon Eye Care,    2401 Bay Ave,    Ocean City, NJ 08226-2456
517635007      KML Law Group, PC,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517750587      +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
517635021      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
517635020      Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517635023      Ocwen Loan Servicing,    Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,
                 West Palm Beach, FL 33409-6493
517635031      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    PO Box 283 Division Of Taxation,
                 Trenton, NJ 08695-0283)
517635029      Sharkinja Operating, LLC,    PO Box 2438,    Largo, FL 33779-2438
517635030      Snyder Eye Group,    1 Leifried Ln # 9,    Tuckerton, NJ 08087-2000
517635041      +Thrift Investment Corp,    720 King George Rd,    Fords, NJ 08863-1985
517635040      +Thrift Investment Corp,    Attn: Bankruptcy Department,    720 King George Rd,
                 Fords, NJ 08863-1985
517635043      U S Dept of Ed/Gsl/Atl,    PO Box 5609,    Greenville, TX 75403-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2020 03:09:56     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2020 03:09:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517634967       E-mail/Text: amscbankruptcy@adt.com Jun 06 2020 03:11:04     ADT Security Services,
                 PO Box 371878,    Pittsburgh, PA 15250-7878
517634968       EDI: PHINAMERI.COM Jun 06 2020 06:03:00     Americredit/Gm Financial,    Attn: Bankruptcy,
                 PO Box 183853,    Arlington, TX 76096-3853
517634971       EDI: CAPITALONE.COM Jun 06 2020 06:08:00     Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
517634972       EDI: CAPITALONE.COM Jun 06 2020 06:08:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517634973       EDI: CAPONEAUTO.COM Jun 06 2020 06:08:00     Capital One Auto Finan,    3901 Dallas Pkwy,
                 Plano, TX 75093-7864
517634974       EDI: CAPONEAUTO.COM Jun 06 2020 06:08:00     Capital One Auto Finance,    Attn: Bankruptcy,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517665407      +EDI: AISACG.COM Jun 06 2020 06:08:00     Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,    Houston, TX 77210-4360
517642114      +EDI: AISACG.COM Jun 06 2020 06:08:00     Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517671498       EDI: CAPITALONE.COM Jun 06 2020 06:08:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517748066       EDI: BL-BECKET.COM Jun 06 2020 06:08:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517634979      +EDI: WFNNB.COM Jun 06 2020 06:04:00     Comenity Bank/Avenue,    Po Box 182789,
                 Columbus, OH 43218-2789
517634980       EDI: WFNNB.COM Jun 06 2020 06:04:00     Comenity Bank/Express,    PO Box 182789,
                 Columbus, OH 43218-2789
517634981       EDI: WFNNB.COM Jun 06 2020 06:04:00     Comenity Bank/Express,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
517634982       EDI: WFNNB.COM Jun 06 2020 06:04:00     Comenity Bank/Fashbug,    PO Box 182789,
                 Columbus, OH 43218-2789
517634983       EDI: WFNNB.COM Jun 06 2020 06:04:00     Comenity Bank/Mandees,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
```

```
District/off: 0312-3          User: admin                  Page 2 of 4                   Date Rcvd: Jun 05, 2020
                              Form ID: 318                 Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517634984      +EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenity Bank/Overstock,    Po Box 182789,
                 Columbus, OH 43218-2789
517634985       EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenity Bkl/Ulta,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
517634986       EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenity/Fashion Bug,    Attn: Bankrutptcy Dept,
                 PO Box 18215,    Columbus, OH 43218
517634987       EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenitybank/New York,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
517634988       EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenitybank/Ny&Co,    PO Box 182789,
                 Columbus, OH 43218-2789
517634989       EDI: WFNNB.COM Jun 06 2020 06:04:00      Comenitycb/ulta,    PO Box 182120,
                 Columbus, OH 43218-2120
517634990       E-mail/Text: ebn@rwjbh.org Jun 06 2020 03:10:36       Community Medical Center,
                 PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ 07757-0903
517634992       E-mail/PDF: creditonebknotifications@resurgent.com Jun 06 2020 03:12:30
                 Credit One Bank N.A.,    ATTN: Bankruptcy,    PO Box 98873,    Las Vegas, NV 89193-8873
517746407      +EDI: AIS.COM Jun 06 2020 06:03:00      Directv, LLC,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517726816       EDI: ECMC.COM Jun 06 2020 06:03:00      Educational Credit Management Corporation,
                 P.O. Box 16408,    St. Paul, MN 55116-0408
517634999       EDI: BLUESTEM Jun 06 2020 06:03:00      Fingerhut,    Bankruptcy Dept,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
517635001       E-mail/Text: info@fullcirclecollectionsllc.com Jun 06 2020 03:11:09
                 Full Circle Financial Services,    PO Box 2438,    Largo, FL 33779-2438
517635002       EDI: PHINAMERI.COM Jun 06 2020 06:03:00      Gm Financial,    PO Box 181145,
                 Arlington, TX 76096-1145
517728880       EDI: JEFFERSONCAP.COM Jun 06 2020 06:03:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
517634976       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
517634977       EDI: JPMORGANCHASE Jun 06 2020 06:08:00      Chase Card Services,    Correspondence Dept,
                 PO Box 15298,    Wilmington, DE 19850-5298
517635005      +E-mail/Text: JSUMCbankruptcy@hackensackmeridian.org Jun 06 2020 03:10:49
                 Jersey Shore University Medical Center,    1945 Route 33,    Neptune, NJ 07753-4896
517635006       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Jun 06 2020 03:11:27
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,    Hazelwood, MO 63042-2429
517635008       E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:08:59       Kohls/Capital One,
                 Kohls Credit,    PO Box 3120,    Milwaukee, WI 53201-3120
517635009      +E-mail/Text: bncnotices@becket-lee.com Jun 06 2020 03:08:59       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
518578700       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:13:59       LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518578701       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:12:39       LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
517725949       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:15:22       LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
517635010       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 06 2020 03:15:22       Lvnv Funding LLC,
                 PO Box 1269,    Greenville, SC 29602-1269
517635012       E-mail/Text: camanagement@mtb.com Jun 06 2020 03:09:33       M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240-0844
517635011       E-mail/Text: camanagement@mtb.com Jun 06 2020 03:09:33       M & T Bank,    PO Box 7678,
                 Buffalo, NY 14240
517635013       E-mail/Text: camanagement@mtb.com Jun 06 2020 03:09:33       M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203-1420
517635014       E-mail/Text: camanagement@mtb.com Jun 06 2020 03:09:33       M&T Credit Services,
                 Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY 14221-7748
517713378       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:12:21       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517709651      +EDI: MID8.COM Jun 06 2020 06:03:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN MI 48090-2011
517635015       EDI: WFNNB.COM Jun 06 2020 06:04:00      Mandees,    401 Hackensack Ave,
                 Hackensack, NJ 07601-6411
517635016       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:13:42       Merrick Bank Corp,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
517635017       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 06 2020 03:13:39
                 Merrick Bank/Cardworks,    Attn: Bankruptcy,    PO Box 9201,    Old Bethpage, NY 11804-9001
517635018       EDI: MID8.COM Jun 06 2020 06:03:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
517635019      +EDI: MID8.COM Jun 06 2020 06:03:00      Midland Funding, LLC,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
517635022       EDI: NESF.COM Jun 06 2020 06:03:00      National Enterprise Systems,    29125 Solon Road,
                 Solon, OH 44139-3442
517667574      +EDI: AGFINANCE.COM Jun 06 2020 06:03:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
517635024       EDI: AGFINANCE.COM Jun 06 2020 06:03:00      Onemain,    PO Box 1010,
                 Evansville, IN 47706-1010
517635026       EDI: AGFINANCE.COM Jun 06 2020 06:03:00      Onemain Financial,    6801 Colwell Blvd,
                 Irving, TX 75039-3198
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Jun 05, 2020
                              Form ID: 318             Total Noticed: 107


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517635027     EDI: AGFINANCE.COM Jun 06 2020 06:03:00     Onemain Financial,    Attn: Bankruptcy,
              601 NW 2nd St,    Evansville, IN  47708-1013
517635028     EDI: AGFINANCE.COM Jun 06 2020 06:03:00     Onemain Financial,    Attn: Bankruptcy,
              PO Box 3251,    Evansville, IN  47731-3251
517635025     EDI: AGFINANCE.COM Jun 06 2020 06:03:00     Onemain Financial,    PO Box 9001122,
              Louisville, KY  40290-1122
517713062     EDI: Q3G.COM Jun 06 2020 06:03:00     Quantum3 Group LLC as agent for,
              JH Portfolio Debt Equities LLC,    PO Box 788,    Kirkland, WA  98083-0788
517745391     EDI: Q3G.COM Jun 06 2020 06:03:00     Quantum3 Group LLC as agent for,     Comenity Bank,
              PO Box 788,    Kirkland, WA  98083-0788
517745394     EDI: Q3G.COM Jun 06 2020 06:03:00     Quantum3 Group LLC as agent for,     Comenity Capital Bank,
              PO Box 788,    Kirkland, WA  98083-0788
517759079    +E-mail/Text: bncmail@w-legal.com Jun 06 2020 03:10:15      SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,     Seattle, WA 98121-3132
517635033     EDI: RMSC.COM Jun 06 2020 06:08:00     Syncb/Lord & Taylor,    Attn: Bankruptcy,    PO Box 965060,
              Orlando, FL  32896-5060
517635035     EDI: RMSC.COM Jun 06 2020 06:08:00     Syncb/Walmart,    PO Box 965024,
              Orlando, FL  32896-5024
517635032     EDI: RMSC.COM Jun 06 2020 06:08:00     Syncb/lord & Tay,    PO Box 965015,
              Orlando, FL  32896-5015
517635034     EDI: RMSC.COM Jun 06 2020 06:08:00     Syncb/paypal Smart Con,    PO Box 965005,
              Orlando, FL  32896-5005
517635036     EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
              Orlando, FL  32896-5060
518530552    +EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk VA 23541-1021
517635037     EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank/Paypal Cr,    Attn: Bankruptcy Dept,
              PO Box 965060,    Orlando, FL  32896-5060
517635038     EDI: RMSC.COM Jun 06 2020 06:08:00     Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
              PO Box 965060,    Orlando, FL  32896-5060
517635039     EDI: WTRRNBANK.COM Jun 06 2020 06:04:00     Td Bank USA/Targetcred,    PO Box 673,
              Minneapolis, MN  55440-0673
517635042    +E-mail/Text: bankruptcydepartment@tsico.com Jun 06 2020 03:10:57      Transworld Systems, Inc.,
              507 Prudential Road,    Horsham, PA 19044-2308
517635044     EDI: ECMC.COM Jun 06 2020 06:03:00     U.S. Department of Education,    ECMC/Bankruptcy,
              PO Box 16408,    Saint Paul, MN  55116-0408
517928628     EDI: ECMC.COM Jun 06 2020 06:03:00     US Department of Education,    PO Box 16448,
              St Paul MN 55116-0448
517635045     EDI: BLUESTEM Jun 06 2020 06:03:00     Webbank/fingerhut,    6250 Ridgewood Rd,
              Saint Cloud, MN  56303-0820
517635047     EDI: WFFC.COM Jun 06 2020 06:03:00     Wellsfargo,    Attn: Bankruptcy,    PO Box 9210,
              Des Moines, IA  50306-9210
517635046     EDI: WFFC.COM Jun 06 2020 06:03:00     Wellsfargo,    800 Walnut St,
              Des Moines, IA  50309-3605
                                                                                                 TOTAL: 78

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*        ++++DITECH FINANCIAL, LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
              (address filed with court:  DiTech Financial, LLC,     332 Minnesota Street,    Suite 610,
              St. Paul, MN   55101)
518174096*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
              (address filed with court:  State of New Jersey,    Division of Taxation Bankruptcy,    PO Box 245,
              Trenton, NJ 08695)
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3          User: admin              Page 4 of 4              Date Rcvd: Jun 05, 2020
                              Form ID: 318             Total Noticed: 107
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Daniel E. Straffi    on behalf of Joint Debtor Dawn   Vrahnos bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi    on behalf of Debtor Konstadina   Vrahnos bkclient@straffilaw.com,
           G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Heather Lynn  Anderson    on behalf of Creditor    State Of New Jersey Division Of Taxation
           heather.anderson@law.dol.lps.state.nj.us
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
           NJ95@ecfcbis.com,bcrowley@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com,  NJ95@ecfcbis.com,bcrowley@mchfirm.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```