Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–23721–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Konstadina Vrahnos | Dawn Vrahnos |
| aka Dean Vrahnos | aka Dawn Zielinski |
| 533 Elwood Street | 533 Elwood Street |
| Forked River, NJ 08731 | Forked River, NJ 08731 |

Social Security No.:
  xxx–xx–0912                                              xxx–xx–4815

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>June 8, 2020</u>                     <u>Michael B. Kaplan</u>
                                              Judge, United States Bankruptcy Court