FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Michael B. Kaplan, U.S. Bankruptcy Judge

| **CASE NUMBER:** 18−23721−MBK | **DATE FILED::** 7/9/18 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Konstadina Vrahnos<br>aka Dean Vrahnos<br>xxx−xx−0912<br><br>Dawn Vrahnos<br>aka Dawn Zielinski<br>xxx−xx−4815 | **ADDRESS OF DEBTOR(S):**<br><br>533 Elwood Street<br>Forked River, NJ 08731<br><br><br>533 Elwood Street<br>Forked River, NJ 08731 |
| **DEBTOR'S ATTORNEY:**<br>Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br><br>732−341−3800<br><br>Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755<br><br>732−341−3800 | **TRUSTEE:**<br>John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>732-383-7233 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

10/18/22

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: July 20, 2022                              FOR THE COURT

Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 18-23721-MBK

Konstadina Vrahnos     Chapter 7

Dawn Vrahnos

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 6

Date Rcvd: Jul 20, 2022     Form ID: noa     Total Noticed: 107

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Konstadina Vrahnos, Dawn Vrahnos, 533 Elwood Street, Forked River, NJ 08731-2323 |
| lm | + | DiTech Financial, LLC, 332 Minnesota Street, Suite 610, St. Paul, MN 55101-1314 |
| 517634965 | | ACS Support, PO Box 7051, Utica, NY 13504-7051 |
| 517634966 | | Acs/nelnet, 501 Bleecker St, Utica, NY 13501-2401 |
| 517634969 | | Atlanticare Physician Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 517634978 | | College Loan Corporation, 100 Cambridge St Ste 1600, Boston, MA 02114-2518 |
| 517634991 | | Conduent/Nelnet Education, Attn: Claims Department, PO Box 7051, Utica, NY 13504-7051 |
| 517634993 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 517634994 | + | Ditech Financial LLC, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 517758092 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 517634995 | | Ds Services of America Inc, 25954 Eden Landing Rd, Hayward, CA 94545-3816 |
| 517634996 | | Ecmc/American Studen A, 100 Cambridge St Ste 1600, Boston, MA 02114-2518 |
| 517635003 | | GMAC Mortgage, 3451 Hammond Ave, Waterloo, IA 50702-5345 |
| 517635004 | | Horizon Eye Care, 2401 Bay Ave, Ocean City, NJ 08226-2456 |
| 517635031 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283 Division Of Taxation, Trenton, NJ 08695-0283 |
| 517635029 | | Sharkinja Operating, LLC, PO Box 2438, Largo, FL 33779-2438 |
| 517635030 | | Snyder Eye Group, 1 Leifried Ln # 9, Tuckerton, NJ 08087-2000 |
| 518174096 | + | State of New Jersey, Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 517635041 | # | Thrift Investment Corp, 720 King George Rd, Fords, NJ 08863-1974 |
| 517635040 | # | Thrift Investment Corp, Attn: Bankruptcy Department, 720 King George Rd, Fords, NJ 08863-1974 |
| 517635043 | | U S Dept of Ed/Gsl/Atl, PO Box 5609, Greenville, TX 75403-5609 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517634967 | | Email/Text: amscbankruptcy@adt.com | Jul 20 2022 20:30:00 | ADT Security Services, PO Box 371878, Pittsburgh, PA 15250-7878 |
| 517634968 | | EDI: PHINAMERI.COM | Jul 21 2022 00:28:00 | Americredit/Gm Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |

| Recipient ID | Flag | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 517634970 | ^ | MEBN | Jul 20 2022 20:27:52 | BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 517634971 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 517634972 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517634973 | | EDI: CAPONEAUTO.COM | Jul 21 2022 00:28:00 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 517634974 | | EDI: CAPONEAUTO.COM | Jul 21 2022 00:28:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517665407 | + | EDI: AISACG.COM | Jul 21 2022 00:28:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517642114 | + | EDI: AISACG.COM | Jul 21 2022 00:28:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517671498 | | EDI: CAPITALONE.COM | Jul 21 2022 00:28:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517748066 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 20:33:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517634975 | ^ | MEBN | Jul 20 2022 20:27:20 | Cba, 25954 Eden Landing Rd, Hayward, CA 94545-3816 |
| 517634979 | + | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Avenue, Po Box 182789, Columbus, OH 43218-2789 |
| 517634981 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Express, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517634980 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 517634982 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Fashbug, PO Box 182789, Columbus, OH 43218-2789 |
| 517634983 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Mandees, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517634984 | + | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bank/Overstock, Po Box 182789, Columbus, OH 43218-2789 |
| 517634985 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity Bkl/Ulta, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517634986 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenity/Fashion Bug, Attn: Bankruptcy Dept, PO Box 18215, Columbus, OH 43218 |
| 517634987 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenitybank/New York, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 517634988 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 517634989 | | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Comenitycb/ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 517634990 | | Email/Text: ebn@rwjbh.org | Jul 20 2022 20:29:00 | Community Medical Center, PO Box 903 An Affiliate Of SBHCS, Oceanport, NJ 07757-0903 |
| 517634992 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 20:33:08 | Credit One Bank N.A., ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517746407 | + | EDI: AIS.COM | Jul 21 2022 00:28:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517726816 | | Email/Text: ECMCBKNotices@ecmc.org | | |

Case 18-23721-MBK    Doc 81    Filed 07/22/22    Entered 07/23/22 00:12:40    Desc Imaged
                            Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: noa | Total Noticed: 107 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 20 2022 20:29:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 517634997 | | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 20:29:00 | Fed Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 517634998 | | Email/Text: bncnotifications@pheaa.org | Jul 20 2022 20:29:00 | FedLoan Servicing, Attention: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 517634999 | | EDI: BLUESTEM | Jul 21 2022 00:28:00 | Fingerhut, Bankruptcy Dept, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517635001 | | Email/Text: info@fullcirclecollectionsllc.com | Jul 20 2022 20:30:00 | Full Circle Financial Services, PO Box 2438, Largo, FL 33779-2438 |
| 517635002 | | EDI: PHINAMERI.COM | Jul 21 2022 00:28:00 | Gm Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 517728880 | | EDI: JEFFERSONCAP.COM | Jul 21 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 517634976 | | EDI: JPMORGANCHASE | Jul 21 2022 00:28:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 517634977 | | EDI: JPMORGANCHASE | Jul 21 2022 00:28:00 | Chase Card Services, Correspondence Dept, PO Box 15298, Wilmington, DE 19850-5298 |
| 517635005 | + | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Jul 20 2022 20:29:00 | Jersey Shore University Medical Center, 1945 Route 33, Neptune, NJ 07753-4896 |
| 517635006 | | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jul 20 2022 20:30:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517635008 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 20:29:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 517635009 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 20:29:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518578701 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:09 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517725949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:09 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10675, Greenville, SC 29603-0675 |
| 518578700 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:16 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517635010 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 20:33:16 | Lvnv Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 517635012 | | Email/Text: camanagement@mtb.com | Jul 20 2022 20:29:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 517635011 | | Email/Text: camanagement@mtb.com | Jul 20 2022 20:29:00 | M & T Bank, PO Box 7678, Buffalo, NY 14240 |
| 517635013 | | Email/Text: camanagement@mtb.com | Jul 20 2022 20:29:00 | M&T Bank, 1 Fountain Plz Fl 4, Buffalo, NY 14203-1420 |
| 517635014 | | Email/Text: camanagement@mtb.com | Jul 20 2022 20:29:00 | M&T Credit Services, Legal Document Processing, 1100 Wehrle Dr, Williamsville, NY 14221-7748 |
| 517750587 | + | Email/Text: camanagement@mtb.com | Jul 20 2022 20:29:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 517713378 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2022 20:33:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517709651 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 517635021 | ^ | MEBN | Jul 20 2022 20:27:43 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | | 08003-2016 |
| 517635015 | EDI: WFNNB.COM | Jul 21 2022 00:28:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |
| 517635016 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2022 20:33:15 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517635017 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2022 20:33:20 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517635018 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517635019 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2022 20:29:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 517635020 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 20:29:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517635022 | Email/Text: list-nes-clientservicesreps-all@nes1.com | Jul 20 2022 20:29:00 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 517635023 | EDI: LCIPHHMRGT | Jul 21 2022 00:28:00 | Ocwen Loan Servicing, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 517667574 | + EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517635024 | EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 517635027 | EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | Onemain Financial, Attn: Bankruptcy, 601 NW 2nd St, Evansville, IN 47708-1013 |
| 517635028 | EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | Onemain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 517635026 | EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 517635025 | EDI: AGFINANCE.COM | Jul 21 2022 00:28:00 | Onemain Financial, PO Box 9001122, Louisville, KY 40290-1122 |
| 517745391 | EDI: Q3G.COM | Jul 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517713062 | EDI: Q3G.COM | Jul 21 2022 00:28:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517745394 | EDI: Q3G.COM | Jul 21 2022 00:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517759079 | + Email/Text: bncmail@w-legal.com | Jul 20 2022 20:29:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517635033 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517635035 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 517635032 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Syncb/lord & Tay, PO Box 965015, Orlando, FL 32896-5015 |
| 517635034 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Syncb/paypal Smart Con, PO Box 965005, Orlando, FL 32896-5005 |
| 518530552 | + EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: noa | Total Noticed: 107 |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 517635036 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 517635037 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/Paypal Cr, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517635038 | EDI: RMSC.COM | Jul 21 2022 00:28:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517635039 | EDI: WTRRNBANK.COM | Jul 21 2022 00:28:00 | Td Bank USA/Targetcred, PO Box 673, Minneapolis, MN 55440-0673 |
| 517635042 | + Email/Text: bankruptcydepartment@tsico.com | Jul 20 2022 20:30:00 | Transworld Systems, Inc., 507 Prudential Road, Horsham, PA 19044-2308 |
| 517635044 | Email/Text: ECMCBKNotices@ecmc.org | Jul 20 2022 20:29:00 | U.S. Department of Education, ECMC/Bankruptcy, PO Box 16408, Saint Paul, MN 55116-0408 |
| 517928628 | Email/Text: EDBKNotices@ecmc.org | Jul 20 2022 20:29:00 | US Department of Education, PO Box 16448, St Paul MN 55116-0448 |
| 517635045 | EDI: BLUESTEM | Jul 21 2022 00:28:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517635047 | EDI: WFFC.COM | Jul 21 2022 00:28:00 | Wellsfargo, Attn: Bankruptcy, PO Box 9210, Des Moines, IA 50306-9210 |
| 517635046 | EDI: WFAUTO | Jul 21 2022 00:28:00 | Wellsfargo, 800 Walnut St, Des Moines, IA 50309-3605 |

TOTAL: 86

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517635000 | ##+ | Forked River Family Dental, 933 West Lacey Road, Forked River, NJ 08731-1049 |
| 517635007 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Daniel E. Straffi | |

District/off: 0312-3 | User: admin | Page 6 of 6
Date Rcvd: Jul 20, 2022 | Form ID: noa | Total Noticed: 107

| | |
|---|---|
| Daniel E. Straffi | on behalf of Joint Debtor Dawn Vrahnos bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Daniel E. Straffi | on behalf of Debtor Konstadina Vrahnos bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Heather Lynn Anderson | on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10