Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–23721–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Konstadina Vrahnos
aka Dean Vrahnos
533 Elwood Street
Forked River, NJ 08731

Dawn Vrahnos
aka Dawn Zielinski
533 Elwood Street
Forked River, NJ 08731

Social Security No.:
   xxx–xx–0912                                                    xxx–xx–4815

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on January 25, 2023, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 93
TEXT ORDER: Beginning on February 2, 2023, Judge Kaplan's regular Thursday motion calendar (addressing Chapter 7 & 11 cases) will utilize ZOOM for remote appearances. Parties remain free to request in–person appearances by contacting Chambers and the Court may direct same if, in the Court's discretion, in–person appearances are appropriate. Otherwise, remote appearances will be conducted via ZOOM ONLY. Please find the Zoom link on Judge Kaplan's page on the Court's website: http://www.njb.uscourts.gov/content/honorable–michael–b–kaplan. To appear via Zoom, parties may click on the Zoom link on the website or use a telephone to dial–in using the dial–in information. Please visit Judge Kaplan's page on the Court's website for further information regarding appearances, including the Court's Zoom appearance guidelines.. (mhh)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2023
JAN: mhh

Jeanne Naughton
Clerk