Form order − ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−23721−MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Konstadina Vrahnos | Dawn Vrahnos |
| aka Dean Vrahnos | aka Dawn Zielinski |
| 533 Elwood Street | 533 Elwood Street |
| Forked River, NJ 08731 | Forked River, NJ 08731 |

Social Security No.:
  xxx−xx−0912                              xxx−xx−4815

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on January 25, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 93
TEXT ORDER: Beginning on February 2, 2023, Judge Kaplan's regular Thursday motion calendar (addressing Chapter 7 & 11 cases) will utilize ZOOM for remote appearances. Parties remain free to request in−person appearances by contacting Chambers and the Court may direct same if, in the Court's discretion, in−person appearances are appropriate. Otherwise, remote appearances will be conducted via ZOOM ONLY. Please find the Zoom link on Judge Kaplan's page on the Court's website: http://www.njb.uscourts.gov/content/honorable−mich ael−b−kaplan. To appear via Zoom, parties may click on the Zoom link on the website or use a telephone to dial−in using the dial−in information. Please visit Judge Kaplan's page on the Court's website for further information regarding appearances, including the Court's Zoom appearance guidelines.. (mhh)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 25, 2023
JAN: mhh

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Konstadina Vrahnos

Dawn Vrahnos

    Debtors

Case No. 18-23721-MBK

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 25, 2023 | Form ID: orderntc | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Konstadina Vrahnos, Dawn Vrahnos, 533 Elwood Street, Forked River, NJ 08731-2323 |
| lm | + | DiTech Financial, LLC, 332 Minnesota Street, Suite 610, St. Paul, MN 55101-1314 |
| sp | + | MONTENEGRO, THOMPSON, MONTENEGRO & GENZ, P.C., 531 Burnt Tavern Road, Brick, NJ 08724-1497 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| acc | Email/Text: vlc@southportfa.com | Jan 25 2023 20:47:00 | Southport Financial Advisors, LLC, 100 Ocean Avenue, Unit No.8, Bradley Beach, NJ 07720 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Alexandria Nikolinos | |
| | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |

District/off: 0312-3                          User: admin                                        Page 2 of 2

Date Rcvd: Jan 25, 2023                      Form ID: orderntc                                  Total Noticed: 4

Brian Thomas Crowley
                    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com

Daniel E. Straffi
                    on behalf of Debtor Konstadina Vrahnos bkclient@straffilaw.com  G25938@notify.cincompass.com

Daniel E. Straffi
                    on behalf of Joint Debtor Dawn Vrahnos bkclient@straffilaw.com  G25938@notify.cincompass.com

Denise E. Carlon
                    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Heather Lynn Anderson
                    on behalf of Creditor State Of New Jersey Division Of Taxation heather.anderson@law.dol.lps.state.nj.us

John Michael McDonnell
                    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
                    jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11